UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

> Motion GRANTED for 30-day extension of all deadlines.

| | |
|---|---|
| AMY S. HARRIS and JENNY TEEPLES, on behalf of themselves and all those similarly situated, | |
| Plaintiffs, | No. 3:16-cv-00125 [Judge Trauger] |
| v. | |
| NATIONAL HEALTH CORPORATION, | |
| Defendant. | |

JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS
AND EXTENSION OF DEADLINES TO ALLOW FOR SETTLEMENT NEGOTIATIONS

Come now the parties in support of their Joint Motion for Temporary Stay of Proceedings and Extension of Deadlines to Allow for Settlement Negotiations and state unto the Court that the parties have begun exploring settlement of the case *sub judice*. The parties desire to continue to explore settlement and request a 30 day stay of proceedings and extension of deadlines for this purpose. Such request will not affect the trial date in this matter.

Wherefore, the parties request a 30 day stay of proceedings and extension of deadlines to negotiate settlement of this matter.

Respectfully submitted,

/s/ Cynthia A. Wilson
Cynthia A. Wilson, BPR No. 13145
Kenneth S. Williams, BPR No. 10678
MADEWELL, JARED, HALFACRE, WILLIAMS AND WILSON
Attorneys for Plaintiffs
230 North Washington Avenue
Cookeville, Tennessee 38501
931-526-6101

1